Thomas D. Smith, Esquire (ISB No. 8206)
**SPINNER, WOOD & SMITH**
1335 East Center - P.O. Box 6009
Pocatello, Idaho  83205-6009
Telephone:  (208) 232-4471
FAX: (208) 232-1808
Email: tsmith8206@cableone.net

Attorneys for R. Sam Hopkins, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| In the Matter of: | ) | Case No. 15-41084-JMM |
| | ) | |
| TERRY GRISCHKOWSKY, and | ) | Chapter 7 |
| JOSIE GRISCHKOWSKY, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### OBJECTION TO CLAIM OF EXEMPTION

COMES NOW R. Sam Hopkins, Trustee, by and through his attorneys, pursuant to Rule 4003(b)(1), Federal Rules of Bankruptcy Procedure, and objects to the Debtors' claim of an exemption in the product liability claim set forth in their amended Schedule C filed on February 4, 2020 (Document No. 103). This objection is based on the following grounds:

1. The Debtors cite to Idaho Code § 11-604(1)(c) as the basis of their exemption claim. This statute allows the Debtors to claim an exemption in proceeds received for bodily injury to the extent they are reasonably necessary to support the Debtors and their defendants.

2. The Trustee has requested but not yet received proof from the Debtors to support their exemption claim and that the proceeds are reasonably necessary for support.

3. The Trustee objects to the Debtors' claim of exemption because it is not properly claimed without proof that the settlement funds are reasonably necessary for support.

**OBJECTION TO CLAIM OF EXEMPTION - 1**

WHEREFORE, the Trustee respectfully requests that the Court deny the Debtors' claim of exemption.

DATED February 21, 2020.

SPINNER, WOOD & SMITH

By:\_/s/_____
      Thomas D. Smith

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on February 21, 2019, I served a true and correct copy of the foregoing document as follows:

| | |
|---|---|
| U.S. Trustee | [ ] U.S. Mail, postage prepaid |
| | [ ] Hand Delivery |
| ustp.region18.bs.ecf@usdoj.gov | [x] ECF Notice |
| | [ ] Facsimile |
| | |
| Ryan E. Farnsworth | [ ] U.S. Mail, postage prepaid |
| | [ ] Hand Delivery |
| ryan@averylaw.net | [x] ECF Notice |
| | [ ] Facsimile |
| | |
| Terry Grischkowsky | [x] U.S. Mail, postage prepaid |
| Josie Grischkowsky | [ ] Hand Delivery |
| 2534 Simons Lane | [ ] ECF Notice |
| American Falls, Idaho 83211 | [ ] Facsimile |

By: /s/_____
      Thomas D. Smith

**OBJECTION TO CLAIM OF EXEMPTION - 2**